NEW JERSEY EDUCATION ASSOCIATION v. STATE HEALTH
BENEFITS COMMISSION.

October 4, 1984.

Petition for certification denied.

COUNTY COLLEGE OF MORRIS STAFF ASSOCIATION AND
VICTOR MULLER v. COUNTY COLLEGE OF MORRIS.

October 4, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. RONALD WILLIAMS.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME PERKINS.

October 4, 1984.

Petition for certification denied.